The PEOPLE of the State of New York, respondents, v. LYE LEE, appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Judgment of conviction of the County Court of Kings County reversed, and a new trial ordered, upon the ground that the tes-

timony of Ebba A. Dederer was not made competent evidence in the case. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

The PEOPLE, etc., Respt., v. Ernesto LEPORINO, Applt. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment and order affirmed. No opinion. Order filed.